UNITED STATES  DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
DARREN BROOKS BY HIS F/N/G DENNIS SMITH,
& DENNIS SMITH, ind.

                              Plaintiff
    -against-                              COMPLAINT
                                                        PLAINTIFFS DEMAND
                                                        TRIAL BY JURY

THE CITY OF NEW YORK, Police Officer    07-cv-03170
BRIAN LUCKOWSKI, Shield # 23188
Police Officer JOHN ACCONI, Shield # 5075, &
Police Officer HECTOR MORALES
                              Defendants
---------------------------------------------------------------------------X

AS AND FOR A FIRST CAUSE OF ACTION ON BEHALF OF THE PLAINTIFF

      1. This is a civil action for damages brought pursuant to redress the deprivation by defendants of the rights secured to plaintiff under the Constitution and laws of the United States and State of New York. The pendant jurisdiction of the Court is also invoked to bring various state law causes of action. The defendants, without a warrant and without probable cause, falsely arrested, falsely imprisoned, maliciously prosecuted & violated the civil rights of the plaintiff.

      2. That the jurisdiction of this Court is invoked under the provisions of Section 1331 & 1383 of Title 28 and Sections 1983 & 1988 of Title 42 of the United States Code . Plaintiff further invokes the pendant jurisdiction of this Court to consider claims arising under state law. The amount in controversy exceeds $75,000.00 excluding costs and attorney's fees.

3. That at all times hereinafter mentioned the plaintiff DARREN BROOKS was and still is a resident of the County of Kings, City & State of New York.

4. That at all times hereinafter mentioned the plaintiff DENNIS SMITH was the father & natural guardian of the plaintiff DARREN BROOKS was and still is a resident of the County of Kings, City & State of New York.

5. That the defendant THE CITY OF NEW YORK was and is a municipal corporation organized and existing under the laws of the City and State of New York.

6. That the defendant POLICE OFFICER BRIAN LUKOWSKY, Shield # 23188, was and is an agent, servant and employee of the defendant THE CITY OF NEW YORK

7. That the defendant POLICE OFFICER JOHN ACCONI, 5075, was and is an agent, servant and employee of the defendant THE CITY OF NEW YORK.

8. That the defendant HECTOR MORALES was and is an agent, servant and employee of the defendant THE CITY OF NEW YORK.

9. That on or about the 30th day of March, 2007 the plaintiff was lawfully present in the County of Kings, City & state of New York at or near Franklin Ave., & Sterling Place.

10. That while at the aforesaid time and place the plaintiff was unlawfully and without just cause, approached, accosted, assaulted & seriously injured by the aforementioned officers of THE NEW YORK CITY POLICE DEPARTMENT who were agents, servants and employees of the defendant THE CITY OF NEW YORK who were acting under color of law during the aforesaid transactions.

11. That the plaintiff suffered serious & severe personal injuries including

but not limited to a fractured nose and fractured orbit.

12. In the manner as aforesaid, each of the defendants, jointly & severally, acted maliciously, willfully and wantonly, and outside the scope of his jurisdiction, although under color of law, and violated the following rights of the plaintiff; to be free from unreasonable search & seizure, from warrantless search & seizure, from , summary punishment without trial & due process of law.

13. Defendants, its agents servants and employees, by their conduct herein alleged, intentionally, willfully and without justification, and under color of law did deprive the plaintiff of his rights, privileges and immunities secured to him by the Constitution and the laws of the United States, and by 42 U.S.C. Sections 1983 & 1988 and by the statutes and laws of the state of New York which are invoked under the pendant jurisdiction of this Court.

14. That by reason of the foregoing the plaintiff has suffered damage & injury in the sum of TWO MILLION DOLLARS.

WHEREFORE, the plaintiff respectfully preys to the court for judgment upon each cause of action as follows:

a. Compensatory damages in an amount which this Court shall consider to be just and fair:

b. Punitive and exemplary damages in an amount which this Court shall consider to be just & fair;

c. Attorney's fees in an amount which this Court shall consider just & fair;

      d. Together with the costs and disbursements of this action and such other and further relief which this Court may seem just & proper.

DATED: BROOKLYN, NY
      April 5, 2007.

                                            -------------------------------------------

                                            MICHAEL COLIHAN (MC-0826)
                                            Attorney for the Plaintiff
                                             44 Court Street
                                             Suite 911
                                             Brooklyn, NY 11201
                                             (718) 488-7788