UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

DARREN BROOKS et al

                          Plaintiff

            -against-                AFFIDAVIT OF SERVICE
                                             CV-07 3170

THE CITY OF NEW YORK, et al.

                       Defendants
--------------------------------------------------------X
STATE OF NEW YORK)
COUNTY OF KINGS)   ss:

        SARA BAER, being duly sworn, deposes & says:

        1. I am over eighteen years of age and reside in the state of New York.

        2. On April 26, 2007, at 2:19 PM at 100 Church Street, NY NY   I served the Summons and Complaint herein upon The City of New York one of the defendants herein, by delivering a true copy of each to Jerry Bradshaw   a person of suitable age & discretion, who represented he was authorized to accept same.

        3. Your affirming further describes said Jerry Bradshaw, as follows: Black male about 40 years in age, 5' 9" in height, approximately 160 lbs, with dark brown hair.

                                            _____/s/_____
                                            SARA BAER  1219598

Sworn to me this 27th day of April 2007.

Neil Schrager
Notary Public, State of New York
# 24-4984776 Qual Kings County
Comm Expires 7/29/2009