UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

DARREN BROOKS et al

                Plaintiff

     -against-              AFFIDAVIT OF SERVICE
                              CV-07 3170

THE CITY OF NEW YORK, et al.

                Defendants
--------------------------------------------------------X
STATE OF NEW YORK)
COUNTY OF KINGS)   ss:

      RICHARD DOMBACKLEY, being duly sworn, deposes & says:

      1. I am over eighteen years of age and reside in the state of New York.

      2. On May 3, 2007, at 1135 AM at the 127 Utica Avenue. Brooklyn, NY I served the Summons and Complaint herein upon P.O. JOHN ACCONI one of the defendants herein, by delivering a true copy of each to Sgt. Kenny a person of suitable age & discretion, who represented he was authorized to accept same. He identified himself as a co worker.

      3. Your affirming further describes said Sgt. Kenny, as follows: White male about 45 years in age, 6' 3" in height, approximately 220 lbs, with brown hair, must. Beard & glasses.

                                      _____/s/_____
                                        RICHARD DOMBACKLEY 0849965

Sworn to me this 4th day of May, 2007.

Neil Schrager
Notary Public, State of New York
# 24-4984776 Qual Kings County
Comm Expires 7/29/2009