[RJTTY/5]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

DARREN BROOKS, by his f/n/g DENNIS
SMITH & DENNIS SMITH, ind.,

                Plaintiffs,

- against -

THE CITY OF NEW YORK, POLICE OFFICER
BRIAN LUCKOWSKI, SHIELD # 23188,
POLICE OFFICER JOHN ACCONI, SHIELD #
5075, & POLICE OFFICER HECTOR
MORALES,

                Defendants.
--------------------------------------------------------X

07-CV-3170 (PAC)

CIVIL CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 9 2007

      This Civil Case Management Plan, submitted in accordance with Rule 26(f), Fed. Civ. P., is adopted as the Scheduling Order of this Court in accordance with Rule 16(f), Fed. R. Civ. P.

1. All parties **do not consent** to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c).

2. This case is to be tried to a jury.

3. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within 30 days from **the completion of defendants' depositions**.

4. Initial disclosure pursuant to Rules 26(a)(1), Fed. R. Civ. P., shall be completed not later than 14 days from the date of this Order.

5. All fact discovery shall be completed no later than **December 31, 2007**.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided all fact discovery is completed by the date set forth in paragraph 5 above:

    a. Initial requests for production of documents to be served by **July 27, 2007**.
    b. Interrogatories to be served by **July 27, 2007**.
    c. Depositions to be completed by **November 30, 2007**.
    d. Requests to Admit to be served no later than **November 30, 2007**.

7.  a.  All expert discovery shall be completed no later than **February 29, 2008**.

    b.  No later than thirty (30) days prior to the date in paragraph 5, i.e. the completion of all fact discovery, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) plaintiff(s)' expert report(s) shall be due before those of defendant(s)' expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 7(a).

8.  All motions and applications shall be governed by the Court's Individual Practices, including promotion conference requirements.

9.  All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

10. a.  Counsel for the parties have discussed an informal exchange of information in aid of an early settlement of this case and have agreed upon the following:
        **plaintiffs to provide authorizations and releases for all health care providers and all sealed records forthwith, if not already provided**

    b.  Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii) participation in the District's Mediation Program; and/or (iii) retention of a privately retained mediator. Counsel for the parties propose the following alternate dispute resolution mechanism for this case:
        **item (i), a settlement conference before the Magistrate Judge**

    c.  Counsel for the parties recommend that the alternate dispute resolution mechanism designated in paragraph b, be employed at the following point in the case (e.g. within the next sixty days; after the deposition of plaintiff is completed (specify date); after the close of fact discovery):
        **after close of paper discovery and after obtaining medical records**

    d.  The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11. The Final Pretrial Submission Date is thirty (30) days following the close of fact and expert discovery (whichever is later). By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P. Any motions *in limine* (for which the pre-motion conference requirement is waived) shall be filed by the Final Pretrial Submission Date. If this action is to be tried before a jury, proposed *voir dire*, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the submission. Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they

meet the standard of Rule 51(a)(2)(A), Fed. R. Civ. P. If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted by the Final Pretrial Submission Date.

12. Counsel for the parties have conferred and their present best estimate of the length of trial is: **3 days.**

13. Summary of Civil Case Management Plan Scheduling Dates:

| Civil Case Management Plan Requirement | Due Date |
| --- | --- |
| Motion to amend or to join additional parties to be filed no later than: | |
| Initial disclosures pursuant to Rule 26(a)(1), Fed.R.Civ.P, to be filed no later than: | July 27, 2007 |
| All fact discovery to be completed no later than: | December 31, 2007 |
| Discovery - initial requests for production of documents to be served no later than: | July 27, 2007 |
| Discovery – initial interrogatories to be served no later than: | July 27, 2007 |
| Discovery - depositions to be completed no later than: | November 30, 2007 |
| Discovery – requests to admit to be served no later than: | November 30, 2007 |
| All expert discovery to be completed no later than: | February 29, 2008 |
| Parties to meet and confer on scheduled for expert disclosures no later than: | November 30, 2007 |
| All counsel to meet face-to-face to discuss settlement no later than: | September 15, 2007 |
| Date recommended by counsel for alternative dispute resolution: | September 30, 2007 |

---

**TO BE COMPLETED BY THE COURT:**

14. [Other directions to the parties]

15. The (next Case Management) (Final Pretrial Conference) is scheduled for 1/7/08 - 2:30pm

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend shall be made in a written application in accordance with paragraph 1(E) of the Court's Individual practices and shall be made no less than two (2) days prior to the expiration of the date sought to be extended.

_Paul A. Crotty_
Paul A. Crotty
United States District Judge

Dated: New York, New York
July 19, 2007