UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Darren Brooks, et al.,

               Plaintiffs,

  - against -

The City of New York.,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 3170 (PAC)
ORDER OF DISCONTINUANCE

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled[1], it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation and Order of Settlement and Dismissal upon receipt from either party.

In light of the settlement, the April 3, 2008 Pretrial Conference is cancelled. The Clerk of Court is directed to close out this case.

Dated: New York, New York
       March 31, 2008

SO ORDERED

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge

---

[1] See attached letter dated March 27, 2008 from Barry K. Myrvold.



| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Barry K. Myrvold<br>*Special Federal Litigation*<br>(212) 788-9391<br>(212) 788-9776 (fax)<br>bmyrvold@law.nyc.gov |

March 27, 2008

By U.S. Mail
Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 735
New York, New York 10007

      Re:    Darren Brooks by his f/n/g Dennis Smith and Dennis Smith v. The City of New York, et al., 07 CV 3170 (PAC)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants in this civil rights action alleging police misconduct.

      I am pleased to report that this action has been amicably settled, and that the parties are in the process of preparing and exchanging settlement papers. We will submit the Stipulation and Order of Settlement and Dismissal for endorsement once it has been signed on behalf of the parties.

      Thank you for your consideration herein.

                                      Respectfully submitted,

                                      Barry K. Myrvold

cc:    Michael Colihan, Esq.    By U.S. Mail
       *Attorney for Plaintiffs*