```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 03 2008
```

# MICHAEL COLIHAN - ATTORNEY AT LAW

44 Court Street
Suite 911
Brooklyn, New York 11201

Phone (718) 488-7788

*April 3, 2008*

*The application is denied, and the City is directed to make payment promptly.*

Hon. Paul Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

April 2, 2008.

*So ordered.*
*Paul Crotty*

RE Brooks v the City of New York,
et al 07 CV 3170

Dear Judge Crotty:

    I represent the plaintiff in this action. The matter was recently settled and my adversary so informed the Court via letter. The Court recently issued an Order of discontinuance of this action with a right to reopen in thirty days if the settlement is not consummated.

    It has been my experience that the City will usually take ninety days to pay a settlement on a matter of this type. Although my adversary Mr. Myvvold is a reliable person, the mechanics of the payment process may be out of his control in whole or in part.

    My sole request by writing this letter is to either (1) <u>have the Court direct the City to pay the settlement of this action within 30 days from today (all settlement documents have already been sent to the City) or (2) extend the time to reopen this action to ninety days in case the settlement is not consummated, as occasionally happens.</u>

    Thank you for your attention & consideration

MC/ll

Very Truly Yours,

MICHAEL COLIHAN

cc: Barry Myrvold, Esq.

**MEMO ENDORSED**