UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DARIEN BROOKS, et al

                Plaintiff

    -against-              ORDER SETTLING INFANT'S CLAIM
THE CITY OF NEW YORK, ET AL             CV 07 3170

               Defendants
------------------------------------------------------------------------X

**THIS ACTION IS ASSIGED TO JUDGE PAUL CROTTY**

      This action for violation of the civil rights of the infant plaintiff DARIEN BROOKS having been filed in this Court, and the Court, having read the affirmation of Michael Colihan dated the 22nd day of April, 2008, and it appearing that the offer of settlement by the City of New York is just and reasonable under all the circumstances, and appearing that the plaintiff DENNIS SMITH has waived his derivative claim for loss of services of his son, DARIEN BROOKS, **IT IS HEREBY ORDERED** that this action is hereby compromised and settled for the sum of NINTY FIVE THOUSEND DOLLARS, and the City of New York is hereby ordered to pay forthwith the sum of NINTY FIVE THOUSEND DOLLARS to MICHAEL COLIHAN, ESQ. , as attorney for DARIEN BROOKS, and said funds are to be disbursed as follows:

      a) to Michael Colihan the sum of ONE THOUSAND SIX HUNDRED AND THIRTY DOLLARS ($1630.00) as and for disbursements expended by him in the diligent prosecution of this action, and it is further ORDERED,

      b) that MICHAEL COLIHAN, ESQ. receive the sum of THIRTY ONE THOUSAND NINTY TWO DOLLARS and TWENTY ONE CENTS ($31,092.21) as and for reasonable attorney's fees earned in the prosecution of this action, and it is further ORDERED,

      c) that the infant plaintiff DARIEN BROOKS receive the sum of SIXTY TWO THOUSAND THREE HUNDRED SEVENTY SEVEN DOLLARS and SEVENTY NINE CENTS as and for his recovery for personal injuries, and that the father and natural guardian DENNIS SMITH is directed and Ordered to deposit said sums in an account bearing the highest interest currently available, said funds to be deposited and held therein until the infant plaintiff's eighteenth birthday.

      SO ORDERED

                                                                                     _____

                                                                                     HON. PAUL CROTTY